AVI WAGNER (#226688)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 491-7949
Email: avi@thewagnerfirm.com

NICHOLAS I. PORRITT
THOMAS M. GOTTSCHLICH
LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: nporritt@zlk.com
Email: tgottschlich@zlk.com

*Attorneys for Lead Plaintiff Mike Hernandez*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| KHALIL ZAGHIAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> THQ INC., BRIAN J. FARRELL and PAUL J. PUCINO, <br><br> Defendants. | No.  2:12-CV-05227-GAF-JEM <br><br> Hon. Gary A. Feess <br><br><br> **FIRST AMENDED CLASS ACTION COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

Lead Plaintiff Mike Hernandez ("Lead Plaintiff"), on his own behalf and on behalf of others similarly situated, by his attorneys, hereby alleges the following based upon information and belief, and upon the investigation by Lead Plaintiff's Counsel.

## NATURE OF THE CLAIM

1.      This is a securities class action on behalf of all persons or entities who purchased or otherwise acquired the common stock of THQ Inc. ("THQ" or the "Company") between May 3, 2011 through February 3, 2012, inclusive (the "Class Period"), against THQ and certain of its officers and/or directors for violations of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78a, *et seq*.

2.      THQ develops, publishes and distributes interactive entertainment software for various game systems, personal computers ("PCs"), wireless devices, and the Internet.  The vast majority of its revenue comes from sales of games it develops for the three major home video game consoles: Microsoft Corporation's Xbox 360 ("Xbox 360"), Sony Computer Entertainment Inc.'s PlayStation 3 ("PS3"), and Nintendo's Wii ("Wii").

3.      During the Class Period, Defendants Brian J. Farrell ("Farrell"), Paul J. Pucino ("Pucino"), and THQ disseminated false and misleading information concerning the Company's highly touted uDraw GameTablet ("uDraw").  The uDraw is a 4" x 6" tablet with a touch sensitive stylus that allows the user to draw on the tablet and have the images appear on the screen.  In 2010, THQ rolled out the uDraw tablet on the Wii.  The uDraw tablet was sold bundled with the video game uDraw Studio, a game that allows its users to draw and paint, and several other games were available that utilize the uDraw, all of them geared towards children.  The uDraw was initially sold only on the Wii because the Wii attracts a

1

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

different demographic than the Xbox 360 and PS3.  Unlike the other consoles, which attract "hardcore gamers" focused on performance and high quality graphics, Wii has marketed itself as a console for casual gamers, emphasizing family and children's games.

4.     Sales of the uDraw on the Wii, beginning in late 2010, were positive. In January 2011, due to the success on the Wii, THQ began planning to develop uDraw for the PS3 and Xbox 360.  On May 3, 2011, THQ announced that it would be offering uDraw on Xbox 360 and PS3 in late 2011 and stated that it expected uDraw to be a key driver of increased sales during 2011, forecasting sales of substantially more than 1.3 million units of the uDraw across all three consoles.  Based on interviews with former THQ executives ("confidential witnesses" or "CWs"), THQ management, led by Farrell and Pucino, pursued a scheme to exaggerate uDraw's potential sales on these two consoles without any reasonable basis for making such positive projections about its success.  These former THQ executives  have confirmed that the sales forecasts for uDraw, rather than being generated from the sales team and communicated up to Farrell and Pucino, were instead "top down" sales forecasts that were generated by upper management, including Farrell and Pucino.  The confidential witnesses further stated that, in addition to overriding sales projections generated by the THQ sales team, Farrell and Pucino projected sales much higher than indicated by EEDAR, a market research company THQ hired to analyze the potential market for uDraw. Rather than attempt to be "realistic" with their projections, it was common at THQ "for management to push for more," resulting in projected sales and revenues that greatly exceeded what THQ's own sales unit and EEDAR had forecasted.  In other words, the sales projections were "built to a financial forecast rather than a sales forecast," meaning that they were created by management without utilizing

1   the market data presented by the company hired specifically to make those

2   projections or the Company's own employees who were most knowledgeable

3   about the sales and marketing of uDraw.

4        5.    Any attempt to forecast revenue from sales of uDraw was fraught

5   with difficulty, based on the fact that there was no similar platform that had ever

6   made the jump from the Wii to Xbox 360 and PS3.  Devoid of any apples-to-

7   apples comparison, THQ used as a basis for its projections sales other children's

8   games that had transitioned, none of which involved hardware similar to uDraw.

9   Even supposing such comparisons were apt, which they were not, interviews with

10  CWs confirm that THQ management, including Farrell and Pucino, aggressively

11  inflated projections above what had been presented by EEDAR in order to inflate

12  the market price of THQ stock during the Class Period.

13       6.    The truth concerning uDraw on the new platforms was partially

14  revealed on December 7, 2011, when THQ announced its results for the fiscal

15  third quarter for the period ending December 31, 2011.  Defendant Farrell

16  admitted that initial sales of uDraw on Xbox 360 and PS3 "have been weaker than

17  expected."  The Company also announced that it would be exiting development of

18  traditional kids' licensed console games, and that it had no future commitments or

19  plans to manufacture uDraw hardware.  This announcement caused the stock to

20  lose $0.56 per share, or 38%, to close at $0.90 per share.

21       7.    On January 25, 2012, an anonymous former employee at THQ sent a

22  letter to THQ's Board expressing frustration with THQ's systemic poor

23  management and business judgment.  In particular, the letter stated that Defendant

24  Farrell and the Company "were so focused on trying to hit an unrealistic financial

25  goal that they bet everything on an extremely risky proposition in the uDraw

26  tablet" and further weakened the Company by eliminating an entire division only

27

28

3

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

three weeks after uDraw for PS3 and Xbox 360 was introduced to the market, demonstrating the lack of a contingency plan.

8.   The complete truth was revealed concerning uDraw's utter failure on Xbox 360 and PS3 on February 2, 2012, when the Company shocked the market and announced a net loss of $55.9 million, which included a $30.3 million impairment charge on "kids movie-based licenses."   That same day on a conference call with analysts and investors, Defendant Farrell noted that uDraw hardware and software sales were approximately ***$100 million*** below the Company's projected revenue.   As a result, the Company's stock plummeted, falling from its closing price of $1.46 per share on December 7, 2011 to $0.53 per share on February 3, 2010, a loss of $0.93 per share, or 64%.

9.   Throughout the Class Period, Defendants made false and misleading statements and/or failed to disclose material adverse facts about the Company's projections concerning uDraw.   Specifically, Defendants misrepresented and/or failed to adequately disclose that (1) at the time the projections were made, Defendants did not have a reasonable basis for their belief that the projections might come true; (2) Defendants willfully and/or recklessly inflated projections over and above what was forecasted by THQ employees and EEDAR, its market research firm; and (3) there was no apt comparison for transitioning children's games from Wii to Xbox 360 and PS3 due to the uniqueness of uDraw's hardware and software in the market.

## JURISDICTION AND VENUE

10.   The federal law claims asserted herein arise under section 10(b) and section 20(a) of the Exchange Act, 15 U.S.C. section 78j(b) and section 78t(a), and Rule 10b-5 promulgated thereunder by the United States Securities and Exchange Commission ("SEC"), 17 C.F.R. section 240.10b-5.

1      11.    This Court has subject matter jurisdiction over this action pursuant to

2   28 U.S.C. section 1331 and section 27 of the Exchange Act.

3      12.    This Court has jurisdiction over each defendant named herein

4   because each defendant is an individual who has sufficient minimum contacts

5   with this District so as to render the exercise of jurisdiction by the District Court

6   permissible under traditional notions of fair play and substantial justice.

7      13.    Venue is proper in this Court pursuant to 28 U.S.C. section 1391(a)

8   and section 27 of the Exchange Act because THQ is headquartered in this District.

9   Furthermore, at all times relevant to this action, many of the acts and transactions

10  alleged herein occurred in substantial part in this District.

11                              **THE PARTIES**

12     14.    By Order of the Court dated September 14, 2012, Mike Hernandez

13  was appointed Lead Plaintiff.  Lead Plaintiff purchased THQ's common stock

14  during the Class Period as set forth in his certificate previously filed in this

15  proceeding and sustained significant losses as a direct result of Defendants'

16  misleading and deceptive conduct alleged herein.

17     15.    Defendant THQ is a Delaware corporation with its principal place of

18  business located at 29903 Agoura Road, Agoura Hills, California 91301.

19  Defendant THQ develops, publishes and distributes interactive entertainment

20  software for various game systems, PCs, wireless devices, and the Internet.

21     16.    Defendant Brian J. Farrell ("Farrell") was, at all relevant times,

22  Executive Chairman, Chief Executive Officer and President of THQ.

23     17.    Defendant Paul J. Pucino ("Pucino") was, at all relevant times, Chief

24  Financial Officer and Executive Vice President of THQ.

25

26

27

28

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

18. Defendants THQ, Farrell and Pucino are collectively referred to hereinafter as the "Defendants." Defendants Farrell and Pucino are collectively referred to hereinafter as the "Individual Defendants."

19. The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of THQ's quarterly reports, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, *i.e.*, the market. They were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions with the Company, and their access to material, non-public information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS

**Background**

20. THQ was founded in 1989 as Trinity Acquisition Corporation, and through a merger with T.HQ, Inc. in 1991, it became THQ. Initially, THQ stood for Toy Head-Quarters when the Company was a toy manufacturer. Since 1994, however, when the Company exited the toy making business, it has focused exclusively on development and publishing of video games.

21. THQ describes itself as "a leading worldwide developer and publisher of interactive entertainment software." The Company develops and publishes games for a number of different platforms: home video game consoles

(Xbox 360, Wii, and PS3), handheld platforms (Nintendo DS, DSi and 3DS, Sony PlayStation Portable), wireless devices based on the Apple iOS (iPhone, iTouch and iPad), Google Android, Windows Mobile platforms, and PCs.  The Company makes dozens of games on these platforms, and often buys the rights to the licenses of popular franchises such as *WWE*, *Spongebob Squarepants*, *Jeopardy* and *Disney*.  THQ operates on a fiscal year that ends on the Saturday closest to March 31.

22.    Of all these platforms, the home video game console platform, which contains the Xbox 360, Wii, and PS3, is the most advanced, and has revolutionized the video game industry.  According to data compiled by the NPD Group and released by the Entertainment Software Association ("ESA"), in 2009 alone the industry generated a staggering $10.5 billion in revenue.  Of that $10.5 billion, $9.9 billion was made through sales of video games on these consoles.  In 2011, the ESA stated that the industry generated nearly $25 billion, experiencing astounding growth in such a short time, the vast majority coming from sales of games on one of the three home video game console platforms.

**Differences between the Nintendo Wii and Xbox 360 and PS3.**

23.    The demographics for each of the three major home video game consoles are different, with Wii attracting a separate demographic compared to Xbox 360 and PS3.  Wii caters to younger children, families, and casual gamers, and generally attracts more females, whereas the PS3 and Xbox 360 are geared toward a more mature, predominantly male audience, known colloquially as "hardcore gamers."  This difference is partially a result of the hardware and software differences between Wii, on the one hand, and PS3 and Xbox 360 on the other.

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

24. The Wii was released in November 2006, about a year after the release of the Xbox 360 and shortly after the PS3. The PS3 and Xbox 360 had previous generation consoles—the Xbox and PlayStation 2—that gave them a head start over the Wii. While Nintendo had the Nintendo GameCube prior to the Wii, the Wii is a complete redesign, and is a diametrically different console from the underwhelming GameCube, so the Wii was the first of its kind. With that in mind, Nintendo sought to differentiate the Wii from the consoles that already existed on the market.

25. The PS3 and Xbox 360 were, and still are, engaged in intense competition to develop games using the best in graphic design. Both consoles offer an HD experience. This focus on graphics and attention to detail made the Xbox 360 and PS3 very popular among the hardcore gamers.

26. Nintendo has pursued a different strategy with the Wii, developing the console to appeal to a broader audience, especially families and the casual gamer.

27. Market research conducted by Nielsen bears this out. In an online article published on February 17, 2009, Nielsen pointed out the following:

> [Wii] appeals to boys age 6-11 and women age 25-34. Usage of Wii by women 35+ is much higher than with the Xbox 360 and PS3. Games such as Wii Fit, Guitar Hero and Rock Band appear to have engaged an older female gamer like never before. Usage of Wii by the 18-24 age group, considered the core/hardcore gaming segment, is low for both genders compared to the other two consoles. However, Wii has been successful in broadening the gaming market to a wider demographic audience.

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

**THQ Begins the Sale of uDraw on the Wii.**

28.    On August 17, 2010, the Company issued a press release announcing that it was launching its uDraw tablet for the Wii during the 2010 holiday season. The tablet has a 4" x 6" drawing space and detachable, pressure-sensitive stylus. The tablet was sold with the game *uDraw Studio*, "an expansive drawing, coloring and art-based video game," and other titles as well, all geared towards children. Below is an image of the uDraw launched for the Wii:



29.    On November 15, 2010, THQ issued a press release announcing that the uDraw tablet was available at retailers for the 2010 holiday season. The tablet would be bundled with the game *uDraw Studio* at a suggested retail price of $69.99. Additionally, the Company offered other games that could be used on uDraw, all of which are geared towards younger children, such as *uDraw Pictionary*, *Disney Princess: Enchanting Storybooks*, *SpongeBob Squigglepants*, *Kung Fu Panda 2*, and *Penguins of Madagascar: Dr. Blowhole Returns Again*.

30.    Initial sales of the uDraw were positive during 2010. As the Defendants were aware, however, it is a challenge to repeat successful sales of a Wii product on a PS3 or Xbox 360, particularly a game geared towards children,

1  which involves purchasing new hardware. Nonetheless, THQ embarked on a

2  strategy to sell the uDraw on PS3 and Xbox 360, and made aggressive projections

3  for the success of uDraw on the other platforms without having a reasonable basis

4  for doing so. The result of their speculative gamble was a complete failure for the

5  Company, its employees, and, ultimately, Lead Plaintiff and the Class.

6  **THQ Expands Sales of uDraw to PS3 and Xbox 360 and Touts its Success on**

7  **the New Platforms.**

8        31. On May 3, 2011, THQ issued a press release announcing its financial

9  results for the fiscal fourth quarter and year-end 2011, the period ended March 31,

10  2011. In that press release, Farrell announced that the Company planned to

11  develop uDraw for the Xbox 360 and PS3 for the 2011 holiday season.

12        32. THQ frequently touted the success of uDraw and its eventual success

13  on the other platforms, despite the marked differences between the Wii and Xbox

14  360 and PS3,. For example, on May 3, 2011, Farrell, commenting on the

15  expansion of uDraw, stated in pertinent part as follows:

16  > We also continued to grow the uDraw franchise with the successful

17  > international debut of this compelling new tablet. Today, I am

18  > pleased to announce that we plan to bring exclusively designed uDraw

19  > GameTablets to Microsoft Xbox360 and Sony PS3 platforms this

20  > holiday. Farrell continued, "We expect to generate significant growth,

21  > profitability and cash in fiscal 2012, driven by the latest installments

22  > of multi-million unit selling franchises, Saints Row, Red Faction,

23  > Warhammer 40,000, MX vs. ATV, UFC, WWE, and uDraw.

24        33. In the same press release, under the heading titled "New Franchises

25  and Innovations," the Company again touted the success of uDraw, stating "THQ

26  brought to market the uDraw GameTablet, a first-of-its-kind, innovative new

27

28

gaming accessory, which hit retail store shelves worldwide in fiscal 2011, gaining instant popularity for its creativity and unique functionality.  Today the company announced plans to bring exclusively designed uDraw GameTablets to Microsoft Xbox 360 and Sony PS3 platforms this holiday.".

34.     Farrell continued to paint a rosy picture of sales throughout the Class Period, even stating on November 2, 2011 that THQ was "planning for the largest quarter in our history, in terms of sales and earnings, driven by *Saints Row: The Third*, the uDraw GameTablet, and *WWE '12*."  On a conference call the same day, Farrell predicted that the Company would ship slightly fewer than 2.6 million units of uDraw across all three platforms.

35.     In stark contrast to these representations concerning uDraw's eventual success on the PS3 and Xbox 360 (covered in greater detail *infra*), privately Defendants knew that they had no reasonable basis for their projections that uDraw was going to be successful, and knowingly made aggressive projections without any facts to justify them.  As demonstrated below, these misstated projections in the Company's public statements were well known to the Company and Individual Defendants from the outset of and throughout the Class Period.

**Individual Defendants and THQ Management Did Not Have a Reasonable Basis for uDraw Projections When They Were Made.**

36.     THQ touted the success of uDraw on the PS3 and Xbox360 platforms without a reasonable basis for doing so at the time the projections were made during the Class Period, and there was no reasonable basis for Defendants' belief that the projection might come true.

37.     The reality concerning uDraw and its launch on PS3 and Xbox 360 was that there was no market data to base the Company's prediction of success. CW1 was employed with THQ for approximately six years, ending in April 2012.

11

CW1 was a national sales director at THQ, and was personally involved in building uDraw sales forecasts. Therefore, CW1 has firsthand knowledge of how the projections were built regarding uDraw. CW1 noted that, despite the initial success uDraw enjoyed when it was released on the Wii, the Company had "no history" on which to base projections of sales for uDraw for Xbox 360 and PS3. CW1 states that projections began to be formulated in January 2011. The problem with any projection is that there was no similar game that had transitioned from Wii to the other platforms. Due to the dearth of games to make an apples-to-apples comparison, CW1 stated that the Company performed an analysis of other games that had expanded from Wii to PS3 and Xbox 360, including Harry Potter and some Disney games. According to CW1, however, these games were so dissimilar to uDraw that the comparison was not valid.

38.     CW2 corroborates CW1's account that THQ did not have any reasonable basis for projecting future sales of uDraw for Xbox 360 and PS3. CW2 worked at THQ from February 2008 through June, 2012, and was a senior vice president at the Company who was intricately involved with game development. CW2 reported directly to Farrell. Due to CW2's high position at the Company, CW2 was well-placed and was aware of the general inner-workings at the Company. CW2 was a member of the Company's executive management team, and participated in two recurring key meetings of the Company's management: (1) the "Ops Committee" meeting, held every other Thursday, which included CW2, Executive Vice President of Kids Martin Good, Executive Vice President of Global Publishing Ian Curran, and Defendant CEO Farrell; and (2) the Executive Committee Meeting, known internally as the "ECM", which in addition to the Ops Committee members, included Defendant CFO Pucino, General Counsel, head of

1  Human Resources, head of Corporate Public Relations, and the "top three sales

2  guys," which included Rodney Block, Rory Donnelly, and Terri Schiek.

3       39.    CW2 explained that Farrell, Martin Good and Ian Curran were

4  responsible for generating the uDraw sales projections.  CW2 stated that THQ

5  employed at least one market research company, EEDAR, to aid in establishing

6  uDraw sales projections.  Rather than keep forecasts within the range of

7  projections provided by EEDAR, CW2 understood that Farrell and the rest of the

8  team "projected way beyond the [market research company] research."

9       40.    CW3 corroborated CW1 and CW2 in stating that the projected sales

10  of uDraw for Xbox 360 and PS3 were generated not by the sales team, but rather

11  by management.  CW3 was the director of retail marketing at THQ from July

12  2009 until July 2011.  CW3 had firsthand knowledge about how sales forecasts

13  and projections were generated, and demonstrates that they were not made with a

14  view towards accuracy, but reflected Defendants goal to convince the market that

15  uDraw would be a success.

16       41.    CW3 explained that THQ developed sales forecasts "top down".

17  According to CW3, sales forecasts originated through a collaboration between the

18  Company's finance and sales departments, but believed that Farrell and Pucino

19  were very involved in coming up with uDraw sales forecasts.  Typically, Pucino

20  would discuss the sales forecasts with Ian Curran, the executive vice president of

21  publishing, Terrie Schiek, senior vice president of sales, and CW1.  CW3

22  confirmed that CW1 was present at the uDraw forecast planning meetings.

23  According to CW3, the Company's sales department attempted to be "realistic"

24  about the Company sales projections.  However, it was common at THQ "for

25  management to push for more."  CW3 stated that "*[i]t is apparent [the sales*

26  *forecast for uDraw] were built to a financial forecast rather than a sales*

27

28

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

1    *forecast* (emphasis added)," which according to CW3 meant that the forecasts

2    were projected by the Company finance department, overriding the more realistic

3    projections from the sales department.

4         42.    CW1, CW2, and CW3 expressed the view that the general consensus

5    among the executive management and among the employees at THQ was that the

6    Company was misrepresenting the sales opportunities of uDraw on PS3 and Xbox

7    360.   CW1 stated that "the numbers were aggressive," and CW2, intimately

8    involved in high level meetings at the Company, opined that the projections were

9    "*just blind hope*."

10        43.    CW2 "strongly advised against" and was "vehemently opposed to"

11   the uDraw product from the outset of the product introduction.   Part of the

12   problem in CW2's view was that of all the members of the executive management

13   team, only CW2 was a gamer.   "This is what lead us down the rat hole," stated

14   CW2.   Because the other members of the executive management were not

15   consumers of their own products, "they might as well have been selling shoes."

16   CW2 explained that there were "problems all along" with uDraw.

17        44.    For example, the Kids Group, which was in charge of all children's

18   products including uDraw, was "not doing anything to develop a killer

19   app[lication]."   According to CW2, when you introduce a new product, you have

20   to have software that sells the product to entice demand.   CW2 also "heard that

21   people below the executive level on the Kids side didn't even believe in the

22   product."   Part of the concern was the fact that the uDraw tablet had to compete

23   with other products in the technology market such as smart tablets, because "[y]ou

24   can play the same thing on an iPad for free."   Furthermore, CW2 "had

25   conversations with people at Sony and Microsoft," and neither entity was

26   convinced uDraw would be a success.   CW2 related these concerns to the

27

28

Company executive management, including Farrell and Pucino, during the Ops Committee meetings and the ECMs. CW2 was "very verbal" that he thought the Company investment in uDraw "was a huge mistake."   This opinion was expressed repeatedly at the various executive meetings and at one-on-one meetings with Farrell throughout 2011, beginning in January 2011.

**Former Employees Speak Out Against Defendants' False Forecasts.**

45.   THQ's management has been under considerable scrutiny concerning its management practices, and letters from an alleged former employee highlight the unrealistic projections the Defendants made concerning uDraw.  In an article dated January 25, 2012, an anonymous former employee wrote a scathing letter to the THQ Board on his behalf and on behalf of other former employees, alleging that the Defendants and other members of THQ management mismanaged the Company, in particular due to the Company's handling of uDraw.  The letter, which is incorporated in this Amended Complaint in its entirety, states in relevant part:

> I have long felt the need to explain to outsiders how this beaten-down company has wound up in this position. It is to the point where having it on your resume is not a point in your favor. And that shouldn't be the case.
>
> *        *        *
>
> The mistakes in decisions and cash losses triggered wave after wave of layoffs. In the most recent wave, about 40 people lost their jobs this past December through no fault of their own. The reason why is the chronic and constant mismanagement of their company. ***The fact is that the CEO and executive committee were so focused on trying to hit an unrealistic financial goal that they bet everything on an***

15
FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

***extremely risky proposition in the uDraw tablet.*** When they lost, they further displayed their lack of management skills by not having a contingency plan. ***Three weeks after the game launched, an entire business unit was wiped out when it didn't meet its goal due to relying on that one product to hit an unrealistic target***. After the layoffs many ex-employees walked around shell-shocked and trying to figure out who was responsible. They came to the understanding that most of us do after leaving the company. The issue with THQ has never been one of lack of staff creativity, intellect or business intelligence. It all rests of the failure of its management team and you the Board of Directors.

This Board has allowed the [sic] Brian Farrell, the CEO, the ongoing ability to take a cash-rich profitable company and drive it from a $30 share price down to around $.70 without acting despite numerous mistakes that even for those lacking business training, could see were errors. Even without glaring mistakes how can the same CEO stay in charge after a 99% share price loss? Aside from the board, who is responsible for the current situation and who is accountable for the current and future job losses at the company? When you ask the recently departed who are a good source of information, you get the same answers. ***This uDraw failure is the largest and most recent one in a string of them that were hushed over and hidden. The answer aside from the Board is the current executive team that allowed this uDraw implosion to happen.***

(Emphasis added).

---

16
FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

**MATERIALLY FALSE AND MISLEADING STATEMENTS ISSUED DURING THE CLASS PERIOD**

46.     Throughout the Class Period, the Company failed to disclose that uDraw would not transition successfully from the Wii to PS3 and Xbox 360. Instead, the Company touted its perceived demand for uDraw and issued sales forecasts far beyond what its market research and sales team indicated.

47.     On May 3, 2011, the Company issued a press release announcing financial results for the fourth quarter and fiscal year 2011, for the period ended March 31, 2011.  The Company reported net sales of $124.2 million and a net loss of $44.1 million for the quarter, or $0.65 diluted loss per share.  Based on the purported success of uDraw, Farrell announced the Company planned to develop uDraw for PS3 and Xbox 360 for the 2011 holiday season.  Farrell continued to state:

> We expect to generate significant growth, profitability and cash in fiscal 2012, ***driven by the latest installments of multi-million unit selling franchises, Saints Row, Red Faction, Warhammer 40,000, MX vs. ATV, UFC, WWE, and uDraw***.

(Emphasis added).

48.     Following the issuance of the press release, THQ held a conference call with analysts and investors to discuss the earnings announcement and the Company's operations.  With regard to the Company's outlook, Farrell stated, in pertinent part:

> "As we conclude fiscal 2011, we have positioned THQ for future growth and profitability based on the strategy we outlined over two years ago.  In fiscal '10, we drove a dramatic turnaround.  Fiscal '11 was our investment year as we developed a pipeline of quality

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

products for this year and beyond.  And as Paul will discuss in a few minutes, our guidance for fiscal '12 demonstrates that we believe the continued execution on our strategy will return THQ to significant growth, profitability and cash generation.

\*       \*       \*

Consistent with the strategy that we've outlined for you over the last two years, we were expecting significant growth in THQ's fiscal '12 and '13.  ***Our growth will be driven by three focus areas: one, a steady flow of core game franchises; two, expansion of our casual and lifestyle products like our uDraw GameTablet; and three, increasing digital revenues.***.

(Emphasis added).

49.     On the same call, also with regard to the Company's outlook, Pucino stated, in pertinent part:

Now, I'd like to share with you our guidance and perspectives on our business starting with the fiscal '12 full year.  We expect to report fiscal '12 net sales in the range of $925 million $1 billion, which represents a 15% to 25% increase from fiscal '11.  We expect to report net income per share in the range of $0.25 to $0.40 versus a loss of $0.24 for fiscal '11.  ***The three key drivers of fiscal '12 financial results are, one, the strongest lineup of AAA titles in the history of the company; two, uDraw for Wii, Xbox 360 and PS3; and three, increasing digital revenues.***

\*       \*       \*

***As we head into holidays, we anticipate Saints Row The Third, WWE and uDraw for three platforms to deliver significantly higher***

18

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

1    ***net sales and profitability in our fiscal third quarter than the prior***
2    ***year.***  Finally, we're expecting a profitable Q4 with the return of the
3    next installment of our UFC franchise.

4              Accordingly, our operating model for fiscal '12 is as follows.
5    Product cost as a percent of net sales: mid-30s.   Software
6    amortization as a percent of net sales: approximately 20% and once
7    again software amortization will be significantly higher as a percent
8    of net sales in the first half of the year, than in the second half.
9    License amortization and royalties as a percent of net sales: about 5%
10   to 6%.  Product development expense of about $80 million for the
11   year with about $45 million of expense in the first half of the year
12   and $35 million in the second half of the year.  Selling and marketing
13   expense of approximately 16% to 18% of net sales for the year, with
14   significantly higher percentages in the first half of the year.  G&A of
15   approximately $50 million.  Net interest expense of about $6 million.
16   Tax rate of 15%.  And finally, share count of about $71 million.
17   Once again, please note, this is a fully-year target model for fiscal
18   '12, and that results for quarters will fluctuate due to sales mix, level
19   of net sales, and relative investment levels."

20   (Emphasis added).

21        50.    In response to these announcements, the price of THQ's common
22   stock rose $0.30 per share, or 7%, to close at $4.42 per share on May 4, 2011.

23        51.    Defendants made the statements in ¶¶ 47-49 knowing the Company
24   could not deliver the expected higher net sales and profitability.  Defendants knew
25   that they did not have a reasonable basis for making the forecast for sales of
26   uDraw on the PS3 and Xbox 360, and that based on input from its sales team and

27

28
                                    19
           FIRST AMENDED CLASS ACTION COMPLAINT
                    2:12-CV-05227-GAF-JEM

1    market research firms, the demand for uDraw on PS3 and Xbox 360 was lower

2    than what the Company publicly forecasted.

3         52.    On June 3, 2011, the Company issued a press release announcing

4    uDraw would be released for PS3 and Xbox 360 in the fall of 2011.  In the press

5    release, Farrell stated: "As soon as we introduced the uDraw last year, Xbox 360

6    and PS3 fans began asking when they could experience it, too—and beginning

7    this fall, they can."  The press release went on to state THQ was creating a "fast-

8    growing library of uDraw titles," including *Pictionary: Ultimate Edition* and *The*

9    *Penguins of Madagascar*.

10        53.    On July 27, 2011, the Company issued a press release announcing its

11   financial results for the first quarter 2012.  The Company reported net sales of

12   $195.2 million and a net loss of $38.4 million, or $0.56 per diluted share.  Farrell

13   stated: "We are disappointed in our first quarter financial performance . . . we are

14   looking forward to a strong and profitable second half, including what we expect

15   to be the biggest third quarter, both in revenue and earnings per share, in our

16   company's history, with proven franchises Saints Row, WWE and the uDraw

17   GameTablet, all launching in November."

18        54.    With regard to the uDraw GameTablet, the press release stated, in

19   pertinent part:

20        Building on last year's successful launch of the uDraw GameTablet

21        for Wii, THQ unveiled plans to bring uDraw™ to Xbox 360® and

22        PlayStation® 3 high definition consoles this fall with new creative

23        functions and touch-screen features.  The company is in production of

24        a number of new uDraw titles, including Disney Princess, Marvel

25        Super Hero Squad, and upgraded versions of our uDraw Studio™

26        software and Pictionary."

27

28
                                        20

55.     Following the press release, the Company held an earnings conference call with investors and analysts.  Farrell stated the Company's strategy going forward "is to capitalize on new play patterns with innovative offerings like uDraw, games for Kinect and other casual games for family and social play in the living room."  Farrell went on to say, in pertinent part:

> We expect to demonstrate positive leverage in the second half of the year with strong revenues and profitability driven by our robust lineup of proven franchises, including Saints Row, uDraw, and the latest editions from WWE and UFC.  ***In fact, we now expect our fiscal third quarter to be the biggest in terms of both revenue and profitability in the company's history.***
>
> \*     \*     \*
>
> Thanks, Paul.  Now, I'd like to drill down on how we intend to deliver our strong second half performance.  ***Our confidence comes from our upcoming titles based on four proven franchises, Saints Row: The Third, WWE 12, uDraw for high-def consoles and Wii and UFC Undisputed 3.***
>
> \*     \*     \*
>
> ***We believe uDraw will perform well at holiday.***  We're gearing up for the launch in November of a slimmer and sleeker design of this innovative gaming accessory for the PS3 and Xbox 360 along with a new updated version for the Wii. Throughout fiscal '12 we plan to expand the uDraw library of games with a debut of six new titles. They include upcoming games based on the popular Disney Princess brand, Marvel Super Hero Squad title, and upgraded versions of our uDraw Studio software and Pictionary.  As we discussed at E3, we're

1      also working with Disney to bring the magic of classic Disney

2      characters and animation to the world of uDraw.

3   (Emphasis added).

4      56.    In response to questions concerning uDraw and sales forecasts,

5   Farrell responded:

6      [Question] Just trying to reconcile the $20 million to $40 million sort

7      of miss and where you compensated for that in other titles.

8      [Answer] Yeah.  Think about it this way.  ***Most of that revenue is***

9      ***feeling incrementally more positive around both Saints Row and***

10     ***uDraw.  We've had a very good experience at retail both in the past***

11     ***and at the E3 this year with those two products*** . . . .

12     [Question] Okay.  One more question there Brian on uDraw, when

13     you put it all together with the additional platforms and the attach

14     rate that you expect to get on the Wii, et cetera, how much growth,

15     big picture, are you expecting on that franchise versus last year?  Can

16     you give us a ballpark?

17     [Answer] Yeah, that's a good question, because I'm not sure people

18     have really focused on this yet.  Let me remind everyone.  Last year

19     we had the uDraw on the Wii format only and only in North America

20     and in Q3, the holiday quarter, let me remind everyone that the

21     uDraw is a very seasonally sensitive product.  ***It's obviously very***

22     ***good for children, gift giving, family play, that kind of thing.***  So, it

23     performed very well in the Q3 of last year.  And so as we think about

24     this year, we've actually planned Wii hardware units down yet with

25     the addition of both 360 and PS3 and a global launch of all three

26

27

28

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

1    platforms, obviously there's a fairly significant increase in the
2    amount of uDraw hardware we plan in this fiscal third quarter.
3  (Emphasis added).

4    57.    In discussing full fiscal year 2012 expectations, Pucino stated, in
5  pertinent part:

6    In summary, while our first quarter results were disappointing, as we
7    said before, the results of our full fiscal year are dependent on the
8    performance of the second half of fiscal '12. ***The leverage of our***
9    ***model should swing favorably as we expect the highest third***
10   ***quarter net sales and earnings of any quarter in the company's***
11   ***history.***

12                          *      *      *

13   Given the moving parts in our business, we think it is appropriate at
14   this time to revisit guidance for the full fiscal year. ***We have greater***
15   ***sales visibility from our retail partners after E3, which gives us***
16   ***confidence in our forecast for Saints Row, WWE, uDraw and UFC***
17   ***in the second half of fiscal '12 to offset our lower than expected***
18   ***first half net sales.***  Therefore, we are maintaining our fiscal '12 net
19   sales guidance range of $925 million to $1 billion.
20  (Emphasis added).

21   58.    In reaction to the announcement, on July 28, 2011, shares of THQ's
22  common stock fell $0.48 per share, or 15%, to close at $2.72 per share, on heavy
23  trading volume.

24   59.    The statements in ¶¶ 52-57 were materially false or misleading
25  because Defendants knew that they did not have a reasonable basis for making
26  their sales forecast for uDraw on the PS3 and Xbox 360, and that based on input

27

28

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

from THQ's sales team and market research firms, the demand for uDraw on PS3 and Xbox 360 was lower than the Company publicly forecasted.  Additionally, Defendants knew the Company was not producing new titles that would appeal to users of PS3 or Xbox 360.  Therefore, Defendants had no basis for believing uDraw would perform well during the 2011 holiday season.

60.     On September 7, 2011, the Company presented at the Kaufman Brothers Investor Conference.  Pucino discussed uDraw and the Company's plans for building uDraw's repertoire of games, stating: "[S]oftware that we really think has the potential to be a killer app for the uDraw is Disney Animator, and so we have a license with Disney and this will be coming out sometime in fiscal '13, we haven't announced when yet . . . . So, we think it has great potential particularly for kids in fiscal '13 and this could be a very popular app."

61.     The statements in ¶ 60 were materially false or misleading because as stated by CW2, the Company was not developing a software application at this time that would appeal to owners of PS3 and Xbox 360 consoles, thereby increasing sales of uDraw on those consoles.

62.     On November 2, 2011, the Company issued a press release announcing its financial results for the second quarter of fiscal year 2012.  The Company reported net sales of $146 million, and a net loss of $92.4 million, or $1.35 per diluted share.  Farrell stated

> We are encouraged that our second quarter performance exceeded our expectations, particularly in a quarter with a light release schedule . . . .Our two biggest quarters of the year remain ahead of us, and we are focused on execution*. **In Q3 we are planning for the largest quarter in our history, in terms of sales and earnings, driven by Saints Row: The Third, the uDraw GameTablet, and WWE '12.**  With *UFC*

24

1    *Undisputed 3* launching in the fourth quarter, we are well-positioned

2    to deliver a strong second half of fiscal 2012.

3    (Emphasis added.)

4    63.    Following the press release, the Company held an earnings

5    conference call with investors and analysts to discuss the Company's earnings and

6    operations.  With regards to the Company's outlook, Farrell stated, in pertinent

7    part:

8    We are executing on our plan, and are excited about our near term

9    slate of games, starting with the launch of Saints Row on November

10    15.  Retail and consumer reaction has been very positive, and pre-

11    orders are tracking more than 4 times those of Saints Row at 2 weeks

12    before launch.  In addition to Saints Row, we are introducing uDraw

13    for the HD consoles, as well as new version for the Wii, and a new

14    WWE fighting game, featuring upgraded technology and a new look

15    and feel.  In the fiscal fourth quarter, we intend to launch the newly

16    enhanced and more approachable UFC Undisputed 3.

17    64.    Pucino, commenting on the Company's guidance for the third

18    quarter, stated:

19    Now I would like to share with you our guidance for the balance of

20    year. ***Starting with the third quarter of fiscal 2012, which we expect***

21    ***to be the largest quarter for sales and earnings in the Company's***

22    ***history.***  We expect to report net sales in the range of $510 million to

23    $550 million, compared with $323 million a year ago.  ***Key titles***

24    ***driving our results in the quarter include Saints Row The Third,***

25    ***uDraw and WWE '12.***  We expect to report third quarter earnings per

26

27

28

share in the range of $1.20 to $1.50.  This compares with earnings per share of $0.42 one year ago.

*       *       *

Our Q4 results are heavily dependent on the success of our Q3 titles. (Emphasis added).

65.    On the same call, with regard to the sales forecast for the uDraw GameTablet, Farrell added:

November 15 is also the date of expansion of our successful uDraw GameTablet, across all three gaming platforms in North America, Europe and Asia-Pacific.  uDraw will come bundle with brand new instant artist software, and will be merchandized with 6 other titles, providing our consumer with a wide choice for this innovative game tablet. uDraw was recently named to Toy Insiders Hot 20 list of the most anticipated toys of this holiday season.   And again, we're looking forward to uDraw being a popular gift item.  Like last year, we expect sales of uDraw to ramp up from release through the holidays.  ***Here's how we're thinking about uDraw.  You will recall that last year, we introduced uDraw only on the Wii and only in North America, and while supply constrained, we shipped 1.3 million units in our third quarter.  For the third quarter of fiscal '12, we expect to ship less than double that amount across all three consoles, and across our three major geographic territories.***

*       *       *

And, of course, we will continue to support our world of uDraw, with continued shipments of hardware, and a robust lineup of new software featuring artistic creativity and new game play.

26

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

1    (Emphasis added.)

2        66.    In reaction to these announcements, on November 3, 2011, the price

3    of THQ stock rose $0.26 per share, or 12%, to close at $2.39 per share, on heavy

4    trading volume.

5        67.    On November 10, 2011, the Company presented at the BMO Capital

6    Markets Digital Entertainment Conference.   During the question and answer

7    session, Farrell responded to a question concerning how the launch of uDraw

8    might be different for PS3 and Xbox 360 compared to Wii:

9            Yes, we established that both our uDraw brand in that category last

10           fall with a very successful launch.  ***This year, we're using what***

11           ***works.   We know what works with the consumer.***   It's a robust

12           lineup of software like Pictionary, Disney Princess, Marvel Super

13           Hero Squad.   We still have Sponge Bob and some of the other

14           licensed titles out for that.   So it's a broad range of software heavily

15           marketed, it's a marketing campaign secondly only to what we're

16           doing for Saints Row.

17               We know it's very holiday-driven and the biggest component

18           is great retail presence.   For example, if you go into a Game Stop

19           store, we have a standee there with a hardware and software

20           merchandized together and we're doing that with many retailers and

21           it's about store presence.   And because of the critical mass we have

22           in that category, we will get that store presence this holiday and that

23           was the key learning from last holiday.   Merchandise the software

24           with the hardware.

25    (Emphasis added).

26

27

28

68.     The statements in ¶¶ 62-65, and 67 were false or misleading because the Company knew sales projections for uDraw were considerably beyond actual market demand and the Company would not be able to meet its sales and earnings goals for uDraw in the third quarter.  The statements in ¶¶ 62-65, and 67 were also materially false or misleading because Defendants knew that they did not have a reasonable basis for making their sales forecast for uDraw on the PS3 and Xbox 360, and that based on input from THQ's sales team and market research firms, the demand for uDraw on PS3 and Xbox 360 was lower than the Company publicly forecasted.   Additionally, Defendants knew the Company was not producing new titles that would appeal to users of PS3 or Xbox 360.  Therefore, Defendants had no basis for believing uDraw would perform well during the 2011 holiday season.

## THE TRUTH SLOWLY EMERGES

69.     On December 7, 2011, the Company issued a press release updating its forecast for third quarter of fiscal year 2012.  The Company expected net sales for the third quarter to be 25% "below its previously announced guidance of $510 million to $550 million" due to weaker-than expected initial sales of uDraw for PS3 and Xbox 360.  Farrell commented on the reduced outlook, stating, "[d]espite uDraw's strong success on the Wii in fiscal 2011 and market research indicating strong demand for uDraw on Xbox 360 and PlayStation 3, initial sales of our uDraw tablet and software on these high-definition platforms have been weaker than expected."

70.     In reaction to this announcement, on December 8, 2011, the price of THQ's common stock fell $0.56 per share, or 38%, to $0.90 per share, on extremely heaving trading volume.

71.     The statements in ¶ 69 were false or misleading because the Company misled investors by stating that demand for uDraw was "strong" when the market research indicated weaker demand on PS3 and Xbox 360 than the Company publicly forecasted.  Defendants knew sales projections for uDraw were considerably beyond researched demand and that uDraw would not sell successfully on PS3 and Xbox 360.

72.     On January 25, 2012, the Company issued a press release announcing its updated business strategy whereby the Company would exit traditional children's licensed video games and focus on its core video game franchises and digital initiatives for the future.  The Company stated, "[a]s part of the alignment, THQ is in the process of exiting its relationships with kids' licensed entertainment companies but will continue to sell certain previously released titles."  In that regard, Farrell stated, "THQ will be a more streamlined organization focused only on our strongest franchises."

73.     On February 2, 2012, THQ issued a press release announcing its financial results for the fiscal third quarter of fiscal year 2012, the period ended December 31, 2011.  For the quarter, the Company reported net sales of $404.4 million, and a net loss of $55.9 million, or $0.82 per diluted share.  Moreover, the Company announced that it took a $30.3 million impairment charge on "kids movie-based licenses."  Farrell commented on the third quarter results and new business strategy, stating:

> *Saints Row®: The Third™ and WWE® '12* demonstrate the strengths of THQ's core gaming capabilities.  These titles performed at or better than the expectations we shared during our last investor conference call, driven by favorable critical reviews, community engagement and outstanding marketing efforts . . . . ***Sales of the***

***uDraw GameTablet and related software, and other titles in the kids, family and casual category were far weaker than anticipated, substantially reducing our financial results for the quarter.***

We have since concluded an extensive review of our operations to realign our business, focusing on our key franchises with the most potential. . . .We are implementing a plan to bring costs in line with our lower anticipated level of revenue. With our focused product plan, leaner cost structure, cash balance, and existing credit facility, we believe the company has adequate resources to execute on our plan and deliver on our strong multi-year pipeline of games.

(Emphasis added).

74.   With regard to the Company's business realignment, the press release stated, in pertinent part:

THQ recently announced that it is exiting development of traditional kids' licensed console games.   The company has concluded negotiations with two licensors and is negotiating arrangements with two others.   The company is also substantially eliminating its ongoing financial commitment with developers as it exits this business. ***Additionally, THQ has no future commitments or plans to manufacture uDraw hardware.*** THQ's strategy is to focus on its premium core and fighting franchises and to expand its digital revenues.

As part of this business realignment, the company is implementing initiatives to streamline its organization and cost structure. The company currently expects these actions will result in a reduction in its annualized run rate of selling, general and

administrative expenses of approximately $60 million, and a reduction of its annualized product development expenditures of approximately $100 million, primarily due to its exit from the kids' licensed console games category.

Total charges related to these actions are estimated at approximately $11.0 million, of which $2.5 million are non-cash. The majority of these charges are expected to be recorded by the end of the 2012 fiscal year and will be excluded from the company's non-GAAP results.

(Emphasis added.)

75.    Following the press release, THQ held a conference call with analysts and investors to discuss the earnings announcement and the Company's operations.  With regards to the Company's third quarter results, Farrrell stated:

On our last call we told you we anticipated that our third quarter would be the largest in the Company's history.  ***Unfortunately, we were wrong.   This disappointing performance of uDraw this holiday and continued weakness in the kids' licensed category overshadowed the very success releases of Saints Row The Third and WWE '12.   UDraw hardware and software sales were approximately $100 million below our plans and our other casual titles were approximately $25 million below plan substantially reducing our revenue and profit for the quarter.  We were confident that uDraw would resonate again this holiday given last year's robust sell through and two independent studies indicating we were addressing a sizable market on the HD platforms.  Our confidence was misplaced.***  What we had viewed to be a product that would

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

generate revenues and profits while we continued to build our portfolio of core gaming franchises has instead created a catalyst for us to evaluate our business from top to bottom.

Here's what we've done to address these issues.  First, we have ceased production of uDraw hardware and have developed a plan to move remaining inventory through the channel.  We have no other remaining commitments with respect to uDraw.  Second, last week we announced the refinement of our strategy to focus exclusivity on high quality core games and connected experiences for our key franchises and are in the process of exiting the traditional kids' video game business.  As part of our exit, we have reached agreement with two of our licensors and are in ongoing discussions with the two others.   Additionally, we have substantially eliminated our development expenditures for this category.  These two actions have significantly reduced our financial commitments as we exit this business.

(Emphasis added).

76.    With regard to uDraw GameTablet sales, Pucino stated, in pertinent part:

Moving onto Q3 results, for the three months ended December 31, 2011, we reported net sales of $404 million.  A 25% increase versus the prior year Q3.  In line with our revised guidance.  Our Q3 sales were driven primarily by our new releases, Saints Row The Third and WWE '12.  Net sales were higher than the year ago quarter primarily due to sales of Saints Row The Third because there was no comparably core title in the year ago quarter.  ***uDraw's under-***

1
2
3
4
5
6
7
8
9
10

*performance in the quarter had the single biggest impact on our financial results.  As Brian mentioned, net sales of the tablet and related software were approximately $100 million below our expectations.  We shipped approximately 1 million tablets in the quarter and sell through was poor, resulting in higher levels of price protection, inventory reserves, and retail concessions.  To give you context, our quarterly earnings would have more than doubled without uDraw.*  We believe we are sufficiently reserved for units we have in inventory and we're working with our retail partners to move remaining units into the channel.

11
(Emphasis added.)

12
13
14
77.    In reaction to these announcements, on February 3, 2012, the price of THQ stock fell $0.23 per share, or 30%, to close at $0.53 per share, on extremely heavy trading volume.

15
### ADDITIONAL SCIENTER ALLEGATIONS

16
17
18
19
20
21
22
78.    During the Class Period, Defendants materially misled the investing public, thereby inflating the price of THQ common stock, by publicly issuing false and misleading statements and omitting to disclose material facts necessary to make Defendant's statements, as set forth herein, not false and misleading.  Said statements and omissions were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about the Company, its business, and operations, as alleged herein.

23
24
25
26
79.    Defendants, by virtue of their receipt of information reflecting an accurate and realistic forecast of sales of uDraw on PS3 and Xbox 360, their control over the materially misleading misstatements, and/or their associations with the Company, which made them privy to confidential information concerning

27
28

THQ and uDraw, were active and culpable participants in the fraudulent scheme alleged herein. Defendants knew of and/or recklessly disregarded the false and misleading nature of the information that they caused to be disseminated to the investing public. The true state of the forecasted revenue for uDraw on PS3 and Xbox 360 and its impact on the financial condition of the Company, were not and could not have been unknown to the personnel at the highest level of the Company, including the Individual Defendants, at the time of the filing of its quarterly reports.

80.   As detailed in ¶¶ 36-45, Defendants knew (or were deliberately reckless in disregarding the fact) that they made forecasts of uDraw that exceeded those that had been presented by their own sales staff and independent market research firm, and that the Company lacked any history of sales with which to base these projections. CW1 stated that the Company "had no history" with which to forecast sales on Xbox 360 and PS3, and CW2 stated that the Company was relying on "just blind hope." THQ management, including CW2, had expressed concerns that uDraw would not be a successful product on PS3 and Xbox 360, but the Individual Defendants ignored these warnings and continued to tout the eventual success of uDraw.

81.   In addition, Defendants were motivated to make these misleading statements in the hope of obtaining financing necessary to keep its operations going. On September 28, 2011, the Company issued a press release announcing that it had "entered into a four-year, asset based credit facility with Wells Fargo Capital Finance, LLC. The credit facility provides for borrowings up to $50 million for working capital requirements, letters of credit and other general corporate purposes, and increases to $75 million during the upcoming peak sales period."

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

## LOSS CAUSATION AND ECONOMIC LOSS

82.   At all relevant times, the material misrepresentations and omissions particularized in this complaint directly or proximately caused, or were a substantial contributing cause of, the damages sustained by Lead Plaintiff and other members of the Class.   As described herein, during the Class Period, defendants made or caused to be made a series of materially false or misleading statements about THQ's business, prospects, and operations.   These material misstatements and omissions had the cause and effect of creating in the market an unrealistically positive assessment of THQ and its business, prospects, and operations, thus causing the Company's common stock to be overvalued and artificially inflated at all relevant times.   Defendants' materially false and misleading statements during the Class Period resulted in Lead Plaintiff and other members of the Class purchasing the Company's common stock at artificially inflated prices, thus causing the damages complained of herein.

83.   By failing to have a reasonable basis for making projections concerning uDraw sales for the Xbox 360 and PS3, the Defendants presented a misleading picture of THQ's business, prospects and profitability. Thus, instead of truthfully disclosing realistic projections as developed by its sales team concerning uDraw and its accompanying games, Defendants exaggerated uDraw's potential sales and thus falsely reported THQ's financial outlook and its actual business prospects going forward.

84.   These false claims of potential sales and profitability caused and maintained the artificial inflation in THQ's stock price throughout the Class Period.

85.   Defendants' false and misleading statements had the intended effect and caused THQ's stock to trade at artificially inflated levels throughout the Class

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

Period, reaching a Class Period high of over $4.59.

86.     The truth about THQ's business operations, finances, business metrics, future business, and financial prospects shocked the market as news of the misleading projections concerning uDraw came to light, causing the stock to drop.

87.     As a direct result of the misleading projections, THQ's stock price has plummeted. This price drop removed the inflation from THQ's stock price, causing real economic loss to investors who had purchased the stock during the Class Period. As of November 8, 2012, the Company's stock was trading at $0.122 per share.[1]

88.     The decline in the price of THQ securities at the end of the Class Period was a direct result of the nature and extent of Defendants' fraud being revealed to investors and to the market. The timing and magnitude of THQ's stock price decline negates any inference that the losses suffered by Plaintiff and the other members of the Class was caused by changed market conditions, macroeconomic or industry factors or even Company-specific facts unrelated to Defendants' fraudulent conduct. During the same period in which THQ's share price fell over 87%, the NASDAQ was relatively unchanged.

89.     The economic loss suffered by Lead Plaintiff and other members of the Class was a direct result of Defendants' fraudulent scheme to artificially inflate the price of THQ securities and the subsequent significant decline in the value of the Company's securities when Defendants' prior misstatements and other fraudulent conduct was revealed.

---

[1] This price and the other prices contained in this complaint do not reflect a post-Class Period 10-1 reverse stock split initiated by the Company on July 9, 2012.

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

## APPLICABILITY OF PRESUMPTION OF RELIANCE:
## FRAUD-ON-THE-MARKET DOCTRINE

90.     Pursuant to his claims under Section 10(b) of the Exchange Act and Rule 10b-5 thereunder, Lead Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine such that:

(a)     Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

(b)     the omissions and misrepresentations were material;

(c)     THQ's common stock traded in an open and efficient market;

(d)     The misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of THQ's securities; and

(e)     Lead Plaintiff and other members of the Class purchased or otherwise acquired their THQ common stock between the time Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

91.     At all relevant times, the market for THQ's common stock was an efficient market for the following reasons, among others:

(a)     THQ's stock met the requirements for listing, and was listed and actively traded on the NASDAQ global select market exchange, a highly efficient and automated market;

(b)     As a regulated issuer, THQ filed periodic public reports with the SEC and the NASDAQ.

(c)     THQ regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial

37

press and other similar reporting services; and

(d)     THQ was followed by several securities analysts employed by major brokerage firms who wrote reports which were distributed to the sales force and certain customers of their respective brokerage firm.

92.     As a result of the foregoing, the market for THQ common stock promptly digested current information regarding the Company from all publicly available sources and reflected such information in THQ's stock price. Under these circumstances, all purchasers of THQ securities during the Class Period suffered similar injury through their purchase of THQ securities at artificially inflated prices and a presumption of reliance applies.

## NO SAFE HARBOR

93.     The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this complaint. Many of the specific statements pleaded herein were not identified as "forward-looking statements" when made. To the extent there were any forward-looking statements, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. Alternatively, to the extent that the statutory safe harbor does apply to any forward-looking statements pleaded herein, defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the particular speaker knew that the particular forward-looking statement was false, and/or the forward-looking statement was authorized and/or approved by an executive officer of THQ who knew that those statements were false when made.

1

**BASIS OF ALLEGATIONS**

2        94.    Lead Plaintiff has alleged the following based upon the investigation

3    of Lead Plaintiff's counsel, which included among other things, a review of the

4    facts and circumstances alleged herein, including without limitation: (a) review

5    and analysis of certain filings made by THQ, with the SEC; (b) review and

6    analysis of certain press releases, public statements, news articles, and other

7    publications disseminated by or concerning Defendants herein and related parties;

8    (c) review and analysis of certain THQ press conferences, analyst conference

9    calls, and the corporate website of THQ; (d) interviews with various former

10   employees of THQ ("confidential witnesses" or "CWs"); and (e) review and

11   analysis of information concerning THQ and its products readily available on the

12   Internet.  Lead Plaintiff believes that further substantial evidentiary support exists

13   for the allegations in this First Amended Class Action Complaint and will be

14   available after a reasonable opportunity for discovery.  Many of the facts

15   supporting the allegations contained herein are known only to Defendants or are

16   exclusively within their custody and/or control.

17       **LEAD PLAINTIFF'S CLASS ACTION ALLEGATIONS**

18       95.    Lead Plaintiff brings this action as a class action pursuant to Rule 23

19   of Federal Rule of Civil Procedure on behalf of all persons who purchased or

20   otherwise acquired THQ common stock during the Class Period. Excluded from

21   the Class are Defendants, the officers and directors of the Company, at all relevant

22   times, members of their immediate families and their legal representatives, heirs,

23   successors or assigns and any entity in which Defendants have or had a

24   controlling interest.

25       96.    The members of the Class are so numerous that joinder of all

26   members is impracticable. The disposition of their claims in a class action will

27

28

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

1   provide substantial benefits to the parties and the Court. At all relevant times,

2   THQ had over 68 million shares of common stock issued and outstanding. As

3   evidence of this, as of June 1, 2012, the Company had over 68.5 million shares of

4   common stock issued and outstanding.[2]

5       97.   While the Class size is unknown to Lead Plaintiff at this time and can

6   only be ascertained through appropriate discovery, Lead Plaintiff believes that

7   there are hundreds or thousands of members in the proposed Class. Record owners

8   and other members of the Class may be identified from records maintained by

9   THQ or its transfer agent and may be notified of the pendency of this action by

10  mail, using the form of notice similar to that customarily used in securities class

11  actions.

12      98.   Lead Plaintiff's claims are typical of those of the Class because Lead

13  Plaintiff and the Class sustained damages from Defendants' wrongful conduct.

14      99.   Lead Plaintiff will fairly and adequately protect the interests of the

15  Class and has retained counsel experienced in class and securities litigation. Lead

16  Plaintiff has no interests which conflict with those of the Class.

17      100.  Questions of law and fact common to the members of the Class

18  which predominate over any questions solely affecting individual members of the

19  Class include:

20          (a)   whether the Exchange Act was violated by Defendants;

21          (b)   whether Defendants omitted and/or misrepresented material facts;

22          (c)   whether Defendants' statements omitted material facts necessary to

23  make such statements, in light of the circumstances under which they were made,

24  not misleading;

25  _____

26  [2] The Company executed a 10-1 reverse stock split on July 9, 2012. Following
    this reverse stock split, as of August 3, 2012, the Company has over 6.8 million
27  shares outstanding.

    40

28

(d)     whether Defendants knew or deliberately disregarded that their statements were false and misleading;

(e)     whether the price of the Company's common stock was artificially inflated; and

(f)     the extent of damage sustained by Class members and the appropriate measure of damages.

101.   A class action is superior to all other available methods for the fair and efficient adjudication of this controversy.

## COUNT ONE
### For Violation of Section 10(b) of the Exchange Act and Rule 10b-5 Against All Defendants

102.   Lead Plaintiff incorporates by reference each and every preceding paragraph as though fully set forth herein.

103.   This Count is asserted by Lead Plaintiffs on behalf of himself and the Class against all the Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5, 17 C.F.R. C 240.10b-5, promulgated thereunder.

104.   During the Class Period, Defendants carried out a plan, scheme, and course of conduct that was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Lead Plaintiff and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of THQ's common stock; and (iii) cause Lead Plaintiff and other members of the Class to purchase or otherwise acquire THQ's common stock at artificially inflated prices. In furtherance of this unlawful scheme, plan, and course of conduct, the Defendants, and each of them, took the actions set forth herein.

105.   Defendants, by the use of means and instrumentalities of interstate commerce: (i) employed devices, schemes, and artifices to defraud; (ii) made

1    untrue statements of material fact and/or omitted to state material facts necessary
2    to make the statements made not misleading; and (iii) engaged in acts, practices,
3    and a course of business that operated as a fraud and deceit upon the purchasers
4    and acquirers of the Company's common stock in an effort to maintain artificially
5    high market prices for THQ's common stock in violation of Section 10(b) of the
6    Exchange Act and Rule 10-5.

7        106.   As a result of their making and/or their substantial participation in the
8    creation of affirmative statements and reports to the investing public, Defendants
9    had a duty to promptly disseminate truthful information that would be material to
10   investors in compliance with the integrated disclosure provisions of the SEC, as
11   embodied in SEC Regulation S-K (17 C.F.R. § 229.10, *et seq.*) and other SEC
12   regulations, including accurate and truthful information with respect to the
13   Company's operations and performance so that the market prices of the
14   Company's publicly traded securities would be based on truthful, complete, and
15   accurate information.  Defendants' material misrepresentations and omissions as
16   set forth herein violated that duty.

17       107.  Defendants engaged in the fraudulent activity described above
18   knowingly and intentionally or in such a reckless manner as to constitute willful
19   deceit and fraud upon Lead Plaintiff and the Class.  Defendants knowingly or
20   recklessly caused their reports and statements to contain misstatements and
21   omissions of material fact as alleged herein.

22       108.   As a result of Defendants' fraudulent activity, the market price of
23   THQ was artificially inflated during the Class Period.

24       109.   In ignorance of the true financial condition of THQ, Lead Plaintiff
25   and other members of the Class, relying on the integrity of the market and/or on
26   the statements and reports of THQ containing the misleading information,

27

28
                                        42

1   purchased or otherwise acquired THQ's common stock at artificially inflated

2   prices during the Class Period.

3       110.   Lead Plaintiff and the Class's losses were proximately caused by

4   Defendants' active and primary participation in THQ's scheme to defraud the

5   investing public by, among other things, failing to fully and accurately disclose to

6   investors adverse material information regarding the Company.  Lead Plaintiff and

7   other members of the Class purchased THQ's stock in reliance on the integrity of

8   the market price of that common stock, and Defendants manipulated the price of

9   THQ's common stock through their misconduct as described herein.   Lead

10  Plaintiff's and the Class's losses were a direct and foreseeable consequence of

11  Defendants' concealment of, among other things, the lack of any reasonable basis

12  for making the projections concerning uDraw.

13      111.   Throughout the Class Period, Defendants were aware of material

14  non-public information concerning THQ's fraudulent conduct (including the false

15  and misleading statements described herein).   Throughout the Class Period,

16  Defendants willfully and knowingly concealed this adverse information, and Lead

17  Plaintiff's and the Class's losses were the foreseeable consequence of Defendants'

18  concealment of this information.

19      112.   As a direct and proximate cause of the Defendants' wrongful

20  conduct, Lead Plaintiff and other members of the Class suffered damages in

21  connection with their respective purchases and sales of THQ common stock

22  during the Class Period.

23                          **<u>COUNT TWO</u>**
                   **For violation of Section 20(a) of the Exchange Act**
24                      **Against Individual Defendants**

25      113.   Lead Plaintiff incorporates by reference each and every preceding

26  paragraph as though fully set forth herein.

27
                                    43
28  ─────────────────────────────────────────────
               FIRST AMENDED CLASS ACTION COMPLAINT
                       2:12-CV-05227-GAF-JEM

114.   THQ is liable as a primary violator of Section 10(b) of the Exchange Act and Rule 10b-5 as set forth herein.

115.   The Individual Defendants acted as controlling persons of THQ within the meaning of Section 20(a) of the Exchange Act. Because of their positions, the Individual Defendants had the power and authority to cause THQ to engage in the wrongful conduct complained of herein. By reason of such conduct, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.

## PRAYER FOR RELIEF

WHEREFORE, Lead Plaintiff prays for judgment as follows:

A.   Declaring this action to be a proper class action pursuant to Fed. R Civ. R. 23;

B.   Awarding Lead Plaintiff and the members of the Class damages, including interest;

C.   Awarding Lead Plaintiff reasonable costs and attorneys' fees; and

D.   Awarding such equitable/injunctive or other relief in Lead Plaintiff's favor as the Court may deem just and proper.

## JURY DEMAND

Lead Plaintiff demands a trial by jury.

FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

Dated:  November 13, 2012

**THE WAGNER FIRM**

By:

Avi Wagner
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 491-7949
Email: avi@thewagnerfirm.com

Nicholas I. Porritt
Thomas M. Gottschlich
LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567

*Counsel for Lead Plaintiff Mike Hernandez*

45
FIRST AMENDED CLASS ACTION COMPLAINT
2:12-CV-05227-GAF-JEM

## PROOF OF SERVICE VIA U.S. MAIL

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, CA 90067.

On November 13, 2012, I caused to be served the following document:

### FIRST AMENDED CLASS ACTION COMPLAINT

on the parties and counsel for the parties in this action, addressed as stated below:

Joel Alan Feuer
Gibson Dunn and Crutcher LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067

*Counsel for Defendants*

**By U.S. Mail:** by placing true and correct copies thereof in individual sealed envelopes, with courier fees fully prepaid, which I deposited with my employer for collection and delivery by the US Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for delivery with said service; and

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 13, 2012, at Los Angeles, California.

Harry H. Kharadjian