JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Khalil Zaghian,<br><br>        Plaintiff(s),<br>v.<br>THQ Inc.,<br><br>        Defendant(s) | CASE NO. CV 12-5227-GAF (JEMx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY |

The Court has received a copy of the Notice of Filing Bankruptcy as to defendants in this matter (docket #34). The Court stays this matter pending completion of the bankruptcy proceeding.

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

IT IS FURTHER ORDERED that counsel for plaintiff shall file semi-annual status reports commencing on April 19, 2013. All pending calendar dates are vacated by the Court.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

DATED: January 14, 2013

_____
GARY ALLEN FEESS
United States District Judge