1  AVI WAGNER (#226688)
2  THE WAGNER FIRM
3  1925 Century Park East, Suite 2100
   Los Angeles, CA 90067
4  Tel: (310) 491-7949
5  Email: avi@thewagnerfirm.com

6  NICHOLAS I. PORRITT
   LEVI & KORSINSKY LLP
7  1101 30th Street NW, Suite 115
8  Washington, DC 20007
   Tel: (202) 524-4290
9  Fax: (202) 333-2121
10 Email: nporritt@zlk.com

11 *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| KHALIL ZAGHIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THQ INC., BRIAN J. FARRELL and PAUL J. PUCINO,<br><br>Defendants. | Case No. 2:12-CV-05227-GAF-JEM<br><br>Hon. Gary A. Feess<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |
|---|---|

1     TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

2     WHEREAS, Plaintiff Khalil Zaghian filed a putative class action complaint on behalf of himself and all others similarly situated against THQ Inc., Brian J. Farrell, and Paul J. Pucino on June 15, 2012 captioned *Zaghian v. THQ Inc., et al.*, No. 2:12-CV-05227-GAF-JEM;

   WHEREAS, pursuant to 15 U.S.C. § 78u-4, on September 14, 2012 the Court appointed movant Mike Hernandez "Lead Plaintiff" and Levi & Korsinsky LLP "Lead Counsel";

   WHEREAS, Lead Plaintiff filed the First Amended Class Action Complaint on November 13, 2012;

   WHEREAS, on December 19, 2012, defendant THQ Inc. filed a Chapter 11 petition in the United States Bankruptcy Court for the District of Delaware seeking protection under the United States Bankruptcy Code;

   WHEREAS, on January 14, 2013, the Court removed the above-captioned action from the active caseload pending completion of the bankruptcy proceeding;

   WHEREAS, the above-captioned action has remained stayed and a class has not been certified;

   NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1), Lead Plaintiff voluntarily dismisses all claims against THQ Inc. with prejudice.

DATED:   August 29, 2014        **THE WAGNER FIRM**

By: /s/ Avi Wagner
Avi Wagner
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 491-7949
Email: avi@thewagnerfirm.com

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

NICHOLAS I. PORRITT
LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121

*Attorneys for Plaintiff*