1 | NICHOLAS I. PORRITT
2 | ADAM M. APTON
   | LEVI & KORSINSKY LLP
3 | 1101 30th Street NW, Suite 115
4 | Washington, DC 20007
   | Tel: (202) 524-4290
5 | Fax: (202) 333-2121
6 | Email: nporritt@zlk.com
   | Email: aapton@zlk.com
7 |
8 | *Lead Counsel for Lead Plaintiff*
9 | [Additional counsel appear on signature page.]

10                    UNITED STATES DISTRICT COURT
11                    CENTRAL DISTRICT OF CALIFORNIA
12                    WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| KHALIL ZAGHIAN, Individually and on Behalf of All Others Similarly Situated, | No. 2:12-CV-05227-R-JEM |
| | Hon. Manuel L. Real |
| Plaintiff, | **CLASS ACTION** |
| v. | **NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |
| THQ INC., BRIAN J. FARRELL and PAUL J. PUCINO, | |
| Defendants. | |

1  Notice is hereby given that lead plaintiff in the above-captioned case (Mike
2  Hernandez), on behalf of himself and all others similarly situated, hereby appeal
3  to the United States Court of Appeals for the Ninth Circuit from the February 4,
4  2015 "Order Granting Defendants Brian J. Farrell and Paul J. Pucino's Motion To
5  Dismiss" (ECF. No. 69).

6  Dated: March 3, 2015  Respectfully submitted,

7
8  **THE WAGNER FIRM**

9  By: */s/ Avi Wagner*
10  Avi Wagner
   1925 Century Park East, Suite 2100
11  Los Angeles, CA 90067
   Tel: (310) 491-7949
12  Email: avi@thewagnerfirm.com
13
14  *Liaison Counsel for Lead Plaintiff*
15
16  Nicholas I. Porritt (admitted pro hac vice)
   Adam M. Apton (admitted pro hac vice)
17  LEVI & KORSINSKY LLP
   1101 30th Street NW, Suite 115
18  Washington, DC 20007
19  Tel: (202) 524-4290
   Fax: (202) 333-2121
20
21  *Lead Counsel for Lead Plaintiff*
22
23
24
25
26
27
28

NOTICE OF APPEAL AND REPRESENTATION STATEMENT
Case No. 2:12-CV-05227-R-JEM
1

**NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

Lead Plaintiff in this action, Mike Hernandez, on behalf of himself and all others similarly situated, is represented by the following counsel:

Nicholas I. Porritt (admitted pro hac vice)
Adam M. Apton (admitted pro hac vice)
LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121

*Lead Counsel for Lead Plaintiff*

Avi Wagner
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 491-7949
Fax: (310) 694-3967

*Liaison Counsel for Lead Plaintiff*

Defendants in this action, Brian J. Farrell and Paul J. Pucino, are represented by:

Koji F. Fukumura
Ryan E. Blair
Blake Zollar
COOLEY LLP
4401 Eastgate Mall
San Diego, California 92121
Tel: (858) 550-6000
Fax: (858) 550-6420

| | | |
|---|---|---|
| 1 | Dated: March 3, 2015 | Respectfully submitted, |

**THE WAGNER FIRM**

By: */s/ Avi Wagner*
Avi Wagner
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 491-7949
Email: avi@thewagnerfirm.com

*Liaison Counsel for Lead Plaintiff*


Nicholas I. Porritt (admitted pro hac vice)
Adam M. Apton (admitted pro hac vice)
LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121

*Lead Counsel for Lead Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 3, 2015.

s/ Avi Wagner
AVI WAGNER

**THE WAGNER FIRM**
Avi Wagner
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 491-7949
Email: avi@thewagnerfirm.com

# Mailing Information for a Case 2:12-cv-05227-R-JEM Khalil Zaghian v. THQ Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  Malba@rgrdlaw.com

- **Adam M Apton**
  aapton@zlk.com

- **Ryan E Blair**
  rblair@cooley.com,chourani@cooley.com

- **Joel Alan Feuer**
  jfeuer@gibsondunn.com

- **Koji F Fukumura**
  kfukumura@cooley.com,chourani@cooley.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Thomas M Gottschlich**
  tgottschlich@zlk.com

- **Brian Oliver O'Mara**
  bomara@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Nicholas I Porritt**
  nporritt@zlk.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com

- **Avi N Wagner**
  avi@thewagnerfirm.com,anwagneresq@hotmail.com

- **David C Walton**
  davew@rgrdlaw.com,stremblay@rgrdlaw.com,jillk@rgrdlaw.com,hectorm@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Blake M Zollar**
  bzollar@cooley.com,bdanziger@cooley.com,gwilliams@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)