UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 10 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KHALIL ZAGHIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>and<br><br>MIKE HERNANDEZ,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>BRIAN J. FARRELL and PAUL J. PUCINO,<br><br>Defendants - Appellees. | No. 15-55335<br><br>D.C. No. 2:12-cv-05227-R-JEM<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered January 12, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7